IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE TENGBE, | : | Civil No. 3:17-cv-1551 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| COMMONWEALTH OF PA, WARDEN DAUPHIN COUNTY JAIL, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _4th_ day of October, 2017, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge